**STATE**

v.

**Barry E. MARSDEN.**

No. 84–586–M.P.

Supreme Court of Rhode Island.

Jan. 10, 1985.

Dennis J. Roberts II, Atty. Gen., Sharon P. O'Keefe, Asst. Atty. Gen., for petitioner.

Raul L. Lovett, Brian F. Adae, Providence, for respondent.

ORDER

The petition for writ of certiorari is denied.